No. 590. EL PUEBLO, APELADO, *v.* CALDERÓN, APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción del apelante presentada después de la vista para corregir el récord. Resuelto en junio 27, 1913.

Denegada la moción por los fundamentos de la opinión emitida en este mismo caso en el día de hoy en la apelación contra la sentencia.  Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal*.  Abogado del apelante: *Sr. Enrique Rincón*.